Ronald J. McIntosh, Pro Se.
Reg. No. 12053-086
P.O. Box 8000
Marianna, FL 32447-8000



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANLD J. McINTOSH,<br><br>   Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br> ATTORNEY GENERAL,<br>  UNITED STATES OF AMERICA,<br>and<br>THE ATTORNEY GENERAL,<br> STATE OF CALIFORNIA.<br><br>   Respondents. | CV 09 0750 CRB (PR)<br><br>MOTION TO SEAL THE RECORD |

COMES NOW the petitioner, Ronald J. McIntosh, Pro Se., herein "McIntosh", who has filed a Writ of Habeas Corpus Petition based upon newly discovered evidence, numberous trial errors, the denial of a fair trial, and actual innocence and hereby respectfully moves this Honorable Court for an Order to Seal the record in these proceedings. There is good cause for sealing the record as stated herein:

McIntosh has been cooperating with the Federal and State Governments continuously since July 1999, as a result of his

cooperation and an agreement between the State of California and the United States Department of Justice, McIntosh is serving his Califorina State sentence in the Federal Witness Protection Program, "WITSEC."

Due to McIntosh's participation in the Federal WITSEC program his actual physical location is non-disclosable. Hence, the use of a Government established address is to be used, and all correspondence should be addressed as follows:

>  R.M.
>  Reg. No. 12053-086
>  P.O. Box 8000
>  Marianna, FL 32447-8000

McIntosh's original case was highly publicized and were these proceedings to remain open to the public scrutiny, then McIntosh's actual physical location could be discovered. Such a public display could lead to endagering not only McIntosh's life, but the lives of his family and those government officials charged under the Witness Refor Act of 1984 wich his protection.

WHEREFORE, under the provisions found in Title 18 U.S.C. § 3521 et seq., the government owes an obligation to protect McIntosh. It is therefore requested that this Honorable Court issue an order to seal the record in these proceedings.

Respectfully submitted,

Dated Feb 16, 2009

Roanld J. McIntosh, Pro Se.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANLD J. McINTOSH, ) | |
| ) | |
| Petitioner, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| ERIC H. HOLDER, JR., ) | |
| ATTORNEY GENERAL, ) | |
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| THE ATTORNEY GENERAL, ) | |
| STATE OF CALIFORNIA. ) | |
| ) | |
| Respondents. ) | |

## O R D E R

Having found good cause, the petitioner's request to Seal the Record in these proceedings is granted. And futher it is Ordered that the clerk and all parties are to use the correspondence address, for the petitioner, of:

>R.M.
>Reg. No. 12053-086
>P.O. Box 8000
>Marianna, FL 32447-8000

IT IS SO ORDERED.

Dated _____

U.S. District Court Judge