May 11, 2009

Clerk of the Court
United States District Court
  Northern District of California
450 Golden Gate Avenue
 16th Floor
San Francisco, CA 94102

FILED
RECEIVED

MAY 1 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: McINTOSH -v- HOLDER, et al.
    Docket No. CV-09-0750 CRB (PR)
    Writ of Habeas Corpus

Dear Clerk:

   I am the Petitioner, Ronald J. McIntosh, in the above captioned Petition for Writ of Habeas Corpus.

   I am requesting an updated copy of the Docket Sheet in this action.

   Please be so kind as to send me a copy of the Updated Docket Sheet. For your convenience, I have enclosed a self-addressed, stamped envelope.

   Also, is there a way that I can check the status of my case on the Internet? Is so, then please provide me with the Internet address and any procedure that I may need to know.

   Thank you for your assistance in these matters.

                              Respectfully yours,

                              R + M:Intosh

                              Ronald J. McIntosh, Pro Se.

Mailing address:
               R.M.
               Reg. No. 12053-086
               P.O. Box 8000
               Marianna, FL 32447-8000

R. M. 12053-086
P.O. Box 8000
Marianna, FL 32447

GMF BAY COUNTY
FL 32472 T
12 MAY 2009 PM

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

94102+3426

Legal Mail