FILED
09 JUN 15 AM 11:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 8, 2009
Certified Mail Number
7006 2760 0002 6517 1455

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Case No. C-09-0750 CRB (PR)
McINTOSH -v- HOLDER, et al.
Address Correction

Dear Clerk:

I am the Petitioner, Ronald J. McIntosh, Pro Se., in the above entitled case (No. C-09-0750 CRB (PR)).

Please make the following correction to my mailing address. I made an error, when I typed my mailing address. That is to say that I made a "typographical error" in my Federal Registration Number. I did not notice the error until I received the court's order dated May 27, 2009.

My mailing address should read:

Ronald J. McIntosh
Reg. No. 12053-086
P.O. Box 8000
Marianna, FL 32447-8000

The only error was the six (6) in my registration number, but this error did not affect my receiving my mail.

Thank you for making this correction.

Respectfully yours,

R.J. McIntosh

Ronald J. McIntosh, Pro Se.



R.M. 12053-086
P.O. Box 8000
Marianna, FL 32447

CERTIFIED MAIL™

7006 2760 0002 6517 1455

Clerk of the Court
U.S. District Court
Northern Dist. California
450 Golden Gate Ave.
San Francisco, CA 94102

94102+3489

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FE
DA
THE
THR
FO
HAS
IF T
PRO
JUR
THE
O
E
FOR
PLE

RRECTIONAL INST.

ETTER WAS PROCESSED
L MAILING PROCEDURES
G TO YOU. THE LETTER
OPENED NOR INSPECTED.
AISES A QUESTION OR
HICH THIS FACILITY HAS
U MAY WISH TO RETURN
FURTHER INFORMATION
ION. IF THE WRITER
RRESPONDENCE FOR
ANOTHER ADDRESSEE,
THE ENCLOSURE TO THE
E ADDRESS.