IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. McINTOSH, ) | |
| ) | |
| Petitioner, ) | No. C 09-0750 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| ERIC H. HOLDER, JR., et al., ) | |
| ) | |
| Respondent(s). ) | |
| ) | |

Petitioner has filed a reply (doc # 11) and an addendum to the reply (doc # 13) which the court construe as an opposition to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely. Respondent shall file a reply to petitioner's "opposition" by no later than August 31, 2009.

SO ORDERED.

DATED: August 17, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\McIntosh, R1.or2.wpd