Sept. 30, 2010

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: McIntosh -v- Holder
Doc. No. C 09-0750 CRB (PR)

Dear Clerk:

I am in receipt of your letter dated September 20, 2010, in which you stated that I need to pay $455.00 appeal docketing fee.

Please take note that the court granted my Motion for Leave to Proceed in forma pauperis (See Docket Sheet entry item No. 9).

In a reading of: Federal Rules of Appellate Procedure, Rule 24(a)(3) reads:

> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the distric-court action, or who was determined to be financially unable to obatin an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization...

Thus, I believe I am not required to pay the fee, further I am still without funds to pay such a large fee.

Respectfully yours,

R. J. McIntosh

Ronald J. McIntosh, Pro Se.

Mailing address:

R.M.
Reg. No. 12053-086
P.O. Box 8000
Marianna, FL 32447-8000

R.M. 12053-086
P.O. Box 8000
Marianna, FL 32447

Legal Mail

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102