IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD J. McINTOSH,**<br><br>                             Petitioner,<br><br>    v.<br><br>**ERIC H. HOLDER, JR., et al,**<br><br>                            Respondents. | Case No. C 09-0750 CRB (PR)<br><br>**ORDER** |

IT IS HEREBY ORDERED that respondent shall have until September 26, 2013, to file opposition to petitioner's motion for indicative relief pursuant to F.R.A.P. 12.1. Petitioner's reply will be due by October 10, 2013. The hearing date is extended to November 1, 2013 at 10:00 a.m.

Dated: _October 3, 2013__

                                                            _____
                                                            The Honorable Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*