**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 20, 2013**　　　　　　　　　　　　　　　　　Time: 2 minutes

**C-09-00750 CRB**

**RONALD J. MCINTOSH v. ERIC H. HOLDER JR.**

Attorneys:　　David Shapiro　　　　　　　　　　　　　Pamela Critchfield

Deputy Clerk: **Lisa R. Clark**　　　　　　　Reporter: **JoAnn Bryce**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　　**RULING:**

1. Motion for Discovery　　　　　　　　　　　　　　　　Granted

2.

3.

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:　Plntf ___　Deft ___　Court ___

( ) Referred to Magistrate Judge for: ___

( ) CASE CONTINUED TO ___　　　　　　for ___

Discovery Cut-Off ___　　　　　　　Expert Discovery Cut-Off ___
Plntf to Name Experts by ___　　　　Deft to Name Experts by ___
P/T Conference Date ___　　Trial Date ___　　Set for ___ days
　　　　　　　　　　Type of Trial:　( )Jury　　( )Court

Notes: ___