**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **4/4/14**                                                                 Time:  9 minutes

**C-09-00750 CRB**

### RONALD J. MCINTOSH  v.  ERIC H. HOLDER JR.

| Attorneys: | David Shapiro | Peggy Ruffra/Pamela Critchfield |
|---|---|---|
|  |  | S/A Wilson Leung |

Deputy Clerk: **Lisa R. Clark**                          Reporter:  **James Pence**

**PROCEEDINGS:**                                                                                      **RULING:**

1.  Motion for Sanctions

2.

3.

**ORDERED AFTER HEARING:**

McIntosh Motions for Sanctions continued to 4/25/14. DA to provide files by 4/17/14. Parties to file status report the week of the hearing on the motion for sanctions.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO 4/25/14 @ 10:00 am                 for  McIntosh Motion for Sanctions

Discovery Cut-Off _____                                 Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                    Deft to Name Experts by _____
P/T Conference Date _____        Trial Date _____        Set for _____ days
                               Type of Trial:  ( )Jury     ( )Court

Notes: _____