FILED

MAY 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD J. MCINTOSH )
                   ) CV-09-00750-CRB
Petitioner,        )
                   ) ORDER RE: CJA APPOINTMENT
vs                 ) OF AND AUTHORITY TO PAY
                   ) COURT APPOINTED COUNSEL
ATTY. GEN. ERIC H. HOLDER, JR. )
                   )
Respondent.        )
                   )

The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the petitioner is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the petitioner.

David Shapiro
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 500-6644

Appointing Judge: Judge Breyer

May 8, 2014                                  2/28/2014
Date of Order                                Nunc Pro Tunc Date