IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH, | No. 09-0750 CRB |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ERIC N. HOLDER, *et al.*, | |
| Respondent. | |

Now before the Court is Petitioner's Motion to Compel disclosure of discovery materials filed with the Court under seal. Dkt. 90. The Court ORDERS Respondent Attorney General of California ("Respondent") to show cause why the discovery materials should not be disclosed to Petitioner. No later than July 18, 2014 Respondent shall file an under-seal brief explaining specifically which portions of the discovery materials it seeks to withhold from Petitioner and why.

**IT IS SO ORDERED.**

Dated: July 1, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE