BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorney for Petitioner
RONALD J. MCINTOSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>    Petitioner,<br><br>v.<br><br>ERIC H. HOLDER and<br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>    Respondents. | Case No.: 3:09-cv-00750 CRB<br><br>[PROPOSED] ORDER |

This matter comes to Court on Petitioner's Motion for an Order to Produce Discovery. Having reviewed the papers submitted in support of and in opposition to this motion, and this motion having been heard by this Court, the Court GRANTS Petitioner's Motion for an order directing the State of California (the "State"), the United States Department of Justice (and its component agencies), and the Bureau of Alcohol, Tobacco & Firearms (the "federal government") to produce the following within 20 days of the date of this Order:

    1.    The District Attorney, by Martin Murray, shall conform its answers to interrogatories to the provisions of the Federal Rules of Civil Procedure, including without limitation answering each interrogatory under oath.

    2.    The federal government shall produce all DEA notes and reports concerning Ronald Raiton, a/k/a David Younge, from 1970 through 1984, including reports about Younge's criminal associates and organizations.

3. The federal government shall produce ATF notes and reports concerning Ronald Raiton, a/k/a David Younge, from 1970 through 1984, including reports about Younge's criminal associates and organizations.

4. The federal government shall produce FBI notes and reports concerning Ronald Raiton, a/k/a David Younge, from 1970 through 1984, including reports about Younge's criminal associates and organizations.

5. The federal government shall produce DEA notes and reports concerning Russell Weston, a/k/a Drax Quartermain, from 1970 through 1984, including reports about Weston/Quartermain's criminal associates and organizations.

6. The federal government shall produce ATF notes and reports concerning Russell Weston, a/k/a Drax Quartermain, from 1970 through 1984, including reports about Weston/Quartermain's criminal associates and organizations.

7. The federal government shall produce FBI reports concerning Russell Weston, a/k/a Drax Quartermain, from 1970 through 1984, including reports about Weston/Quartermain's criminal associates and organizations.

8. The federal government shall produce FBI notes and reports from January 1984 through June 1987 reflecting conversations between Younge and any FBI agent concerning meetings or conversations between and/or among Younge, Quartermain, McIntosh, Michael Anthony, Debra Chandler, and any of them.

9. The State and the federal government shall produce photographs of Weston and Raiton from in or about 1981.

10. The federal government shall produce a U.S. Department of Justice generated criminal history (rap sheet) of Russell Weston, a/k/a Drax Quartermain, including booking photographs.

11. The federal government shall produce a U.S. Department of Justice generated criminal history (rap sheet) of Ronald Raiton, a/k/a David Younge, including booking photographs.

12. The federal government shall produce psychological history and assessment of Russell Weston, a/k/a Drax Quartermain, in its possession, custody, or control, including any prepared in connection with his acceptance into the federal Witness Security Program.

13. The State shall produce all reports, financial expenditures, claims for reimbursement for any trips taken by Detectives Miff Singleton and/or Mike Dirickson to Southern California in 1986 through and including 1990 in connection with the Ronald Ewing homicide investigation.

Dated: March ___, 2015

_____
HONORABLE CHARLES R. BREYER
United States District Judge