1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    RONALD J. MCINTOSH,                        No. C09-00750 CRB

12              Plaintiff,                        **ORDER RE LEUNG DECLARATION**

13         v.

14    ERIC H. HOLDER JR.,

15              Defendant.
      _____/

16

17         In response to an Order by this Court, AUSA W.S. Wilson Leung filed a declaration

18   (dkt. 122) detailing the government's efforts to comply with the Court's discovery order (dkt.

19   63).  It is apparent from Leung's declaration that the government failed to comply with the

20   Court's discovery order, including that it failed to contact the FBI, DEA, U.S. Marshal

21   Service, or ATF to locate responsive documents.  Accordingly, Shapiro is hereby

22   GRANTED permission to serve subpoenas on the relevant agencies to obtain materials

23   responsive to the discovery order.

24         **IT IS SO ORDERED.**

25

26   Dated: April 6, 2015                        _____
                                                 CHARLES  R. BREYER
27                                               UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California