BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6640
Attorneys for Petitioner
RONALD J. MCINTOSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>Petitioner,<br><br>-v-<br><br>ERIC N. HOLDER, and ATTORNEY GENERAL OF CALIFORNIA,<br><br>Respondents. | Case No. C 09-00750 CRB<br><br>STIPULATION FOR PRIVACY ACT ORDER AND [PROPOSED] ORDER |

    Petitioner Ronald J. McIntosh, by his attorney David W. Shapiro, and defendants Eric N. Holder and the Attorney General of California, by their counsel Assistant U.S. Attorney Wilson Leung and Pamela Critchfield, hereby stipulate as follows:

    WHEREAS, this Court ordered that the plaintiff Ronald McIntosh was authorized to serve subpoenas in the captioned case on the Federal Bureau of Investigation, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco & Firearms, and the United States Marshals Service, Doc. 123.

    WHEREAS, pursuant to that authorization, McIntosh served subpoenas on the foregoing agencies on April 30, 2015, Doc. 128, 129, 130, and 131 (the "McIntosh subpoenas").

    WHEREAS, the records responsive to the subpoenas may contain information subject to the Privacy Act, 5 U.S.C. § 552(a);

WHEREAS, the Court has determined that McIntosh may receive the information sought by the subpoenas;

NOW, THEREFORE, IT IS STIPULATED that:

1. The Federal Bureau of Investigation, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco & Firearms, and the United States Marshals Service (the "Agencies") may produce records responsive to the McIntosh subpoenas pursuant to 5 U.S.C. § 552a(b)(11), which may be subject to the Privacy Act of 1974, 5 U.S.C. § 552a, in whole or in part.

2. The Agencies may designate as subject to this Protective Order any document or other item responsive to the McIntosh subpoenas that are records subject to the Privacy Act or that contain or refer or relate to records that are subject to the Privacy Act.

3. The parties to this case may not use records produced pursuant to the McIntosh subpoenas for any purpose other than for litigation in the captioned case and any appeals from orders in this case.

4. A party to this case may challenge any Privacy Act designation by any of the Agencies through a motion in this Court.

On June 3, 2015, AUSA Wilson Leung and Deputy Attorney General Pamela Critchfield emailed their agreement to this stipulation to David W. Shapiro.

Dated:  June 7, 2015

Boersch Shapiro LLP

*/s/ David W. Shapiro*
David W. Shapiro
Attorney for Ronald McIntosh

Melinda Haag
United States Attorney

 */s/ Wilson Leung*
W.S. Wilson Leung
Assistant U.S. Attorney

Kamala D. Harris
Attorney General of California

*Pamela Critchfield*
Pamela Critchfield
Deputy Attorney General

Pursuant to the parties' stipulation, it is SO ORDERED:

Dated: June ___, 2015

_____
HON. CHARLES R. BREYER
United States District Judge