KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
PAMELA K. CRITCHFIELD
Deputy Attorney General
State Bar No. 168024
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5952
 Fax:  (415) 703-1234
 E-mail:  Pamela.Critchfield@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD J. McINTOSH,**<br><br>                    Petitioner,<br><br>         v.<br><br>**ERIC H. HOLDER, JR., et al,**<br><br>                    Respondents. | C 09-0750 CRB (PR)<br><br>**RESPONSE TO PETITIONER'S FOURTH MOTION FOR DISCOVERY**<br><br>Date:            July 14, 2015<br>Time:           10:00 a.m.<br>Courtroom:  6, 17th Floor<br>Judge:          The Honorable Charles R. Breyer<br>Trial Date:<br>Action Filed:  May 27, 2009 |

    In his fourth motion for discovery in support of his Federal Rule of Civil Procedure 60(b) motion, petitioner seeks a court order directing the San Mateo County Sheriff's Office to produce "all investigation files concerning the homicide of Ronald Ewing."  CR 136.  For the reasons set forth below, a court order is unnecessary.

    On June 5, 2015, two days after first being contacted by petitioner's counsel with this request and four days before his motion for discovery was filed, respondent contacted Elizabeth Caprista, Records Supervisor for the San Mateo County Sheriff's Office, requesting that she search for and produce any and all files in the possession of the Sheriff's Office concerning the Ewing homicide investigation.  Ms. Caprista is currently in the process of obtaining any existing

1

1 records in response to respondent's request to her office.  The records should be produced to

2 petitioner's counsel by June 30, 2015.

3     Because the existing records will be voluntarily produced to petitioner's counsel, it is

4 unnecessary for this Court to so order.

5 Dated:  June 23, 2015                          Respectfully submitted,

6                                                KAMALA D. HARRIS
                                               Attorney General of California
7                                                PEGGY S. RUFFRA
                                               Supervising Deputy Attorney General
8

9

10                                               *s/ Pamela K. Critchfield*
                                               PAMELA K. CRITCHFIELD
11                                               Deputy Attorney General
                                               *Attorneys for Respondent*

12 SF2009202082
   20750623.doc
13

14

15

...

28

# CERTIFICATE OF SERVICE

| Case Name: | **Ronald J. McIntosh v. Eric H. Holder, Jr., et al** | No. | **C 09-0750 CRB (PR)** |
|---|---|---|---|

I hereby certify that on <u>June 23, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

RESPONSE TO PETITIONER'S FOURTH MOTION FOR DISCOVERY

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 23, 2015</u>, at San Francisco, California.

| T. Oakes | *s/ T. Oakes* |
|---|---|
| Declarant | Signature |

20751509.doc