MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    Doug.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>    Petitioner,<br><br>V.<br><br>ERIC H. HOLDER, JR., ET AL.,<br><br>    Respondents. | NO. CV 09-00750 CRB<br><br>OPPOSITION TO APPLICATION FOR ENTRY OF COURT ORDERED PROTECTIVE ORDER |

    The United States opposes McIntosh's Application for Entry of Court Ordered Protective Order. First, the government has filed a Motion to Stay proceedings while it consults with officials of the Federal Bureau of Investigation and at the Department of Justice. The United States Attorney's Office began that consultation on August 27, 2015, and will proceed expeditiously in determining whether to appeal the Court's order. The United States asks the Court to grant the stay and to take no action on McIntosh's Application until September 11, 2015, or if the government seeks appellate review, when appellate proceedings conclude.

//

OPPOSITION TO APPLICATION
NO. CV 09-00750 CRB

1

Second, the United States objects to McIntosh's proposed protective order. No protective order is sufficient to guarantee that the disputed documents are not compromised, and the protective order proposed by petitioner's counsel is particularly inadequate.

The government continues to believe that the 174 pages are privileged and not relevant to McIntosh's claim and that their disclosure, even only to counsel for McIntosh, will cause damage to important law enforcement interests.

The court should deny McIntosh's application.

DATED:  August 28, 2015.                                      Respectfully submitted,

                                                              MELINDA HAAG
                                                              United States Attorney


                                                              _____/s/_____
                                                              W.S. WILSON LEUNG
                                                              J. DOUGLAS WILSON
                                                              Assistant United States Attorneys

OPPOSITION TO APPLICATION                 2
NO. CV 09-00750 CRB