1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    RONALD J. MCINTOSH,                           No. C09-00750 CRB

12              Plaintiff,                          **PROTECTIVE ORDER REGARDING 174**
                                                    **PAGES OF FBI DOCUMENTS**
13        v.

14    ERIC H. HOLDER JR.,

15              Defendant.
      _____/

16

17        This Court has ordered that the government produce 174 pages of previously

18    withheld documents to petitioner.  The Court orders as follows regarding those documents:

19        1.   The FBI will immediately produce 174 pages of previously withheld

20             documents to counsel for petitioner.

21        2.   Counsel for petitioner may look at the 174 pages, but may not share copies or

22             show the pages to any other person.

23        3.   Counsel for petitioner may discuss the contents of the 174 pages with his client.

24        4.   If petitioner wishes to discuss the contents of the 174 pages in any court filing,

25             then he will either (a) request prior permission from the Court to disclose the

26             information in a public filing or (b) file a redacted public pleading and an

27             unredacted sealed pleading so as to exclude the contents of the 174 pages from

28             the public pleading.

**United States District Court**
For the Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated: September 2, 2015



4    _____
     CHARLES  R. BREYER
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California