IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH, | No. 09-cv-00750 CRB |
| Plaintiff, | **ORDER RE GOVERNMENT'S MOTION TO STAY COMPLIANCE WITH** |
| v. | **COURT'S ORDER OF AUGUST 25, 2015** |
| ERIC H. HOLDER JR., | |
| Defendant. | |

The government has moved to stay compliance with an August 25, 2015 order of this Court to allow consultation with officials at the FBI and the Department of Justice over whether to seek appellate review. The government was required to show irreparable harm absent the stay, see Motion to Stay (dkt. 163) at 2; Nken v. Holder, 556 U.S. 418, 421 (2009), but it has failed to offer sufficient, specific reasons for why compliance with the order here will cause any harm given this Court's protective order, see Leiva-Perez v. Holder, 640 F.3d 962, 969 (9th Cir. 2011). Accordingly, the government's motion for stay is DENIED.

**IT IS SO ORDERED.**

Dated: September 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE