IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>   Plaintiff,<br><br> v.<br><br>ERIC H. HOLDER JR.,<br><br>   Defendant.<br>_____/ | No. 09-cv-00750 CRB<br><br>**ORDER TO RESPOND TO MCINTOSH'S MOTION REQUESTING ENTRY OF ORDER FOLLOWING SEPTEMBER 11, 2015 HEARING** |

  Defendant Ronald McIntosh has moved for an order directing the government to produce discovery in compliance with prior orders of this Court. See Motion Requesting Entry of Order Following September 11, 2015 Hearing (dkt. 178). McIntosh requests (1) declarations regarding three government agencies' search for responsive documents; (2) unredacted sets of documents; (3) 174 pages of documents that this Court already ordered the government to produce; (4) certain notes from law enforcement agents; (5) reports on certain undercover government operations; and (6) information on certain meetings between federal and state law enforcement agencies.

  Good cause appearing therefor, the Government is hereby ORDERED to file a response to Defendant's motion by Monday, November 9, 2015, discussing the reasons, if any, why the government should not be required to comply with McIntosh's request, making reference to which specific requests fall outside which specific prior discovery orders

//

issued by this Court.

**IT IS SO ORDERED.**

Dated: November 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE