IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER JR.,<br><br>    Defendant. | No. C09-00750 CRB<br><br>**ORDER RE REQUESTS FOR CLARIFICATION** |

Now before the Court are Petitioner's Requests for Clarification regarding the Court's November 12, 2015 Order. See Follow Up to Request for Clarification (dkt. 189); Request for Clarification (dkt. 188); Order (dkt. 187). The Court ORDERS as follows:

1. Counsel for McIntosh may review the 174 pages of discovery at issue as discussed in the September 2015 Protective Order, and the FBI must allow counsel to review those 174 pages of discovery in accordance with that Protective Order, but the government is not required to furnish counsel with a copy of those 174 pages.

2. The under seal declaration regarding the undercover operation referenced in the Court's November 2015 Order, see Order (dkt. 187), shall be served on Petitioner.

3. The government shall include in its declaration why agents' notes of conversations with Raiton concerning the Ewing homicide should not be disclosed.

//

4.  The declarations referred to above shall be produced to McIntosh and filed with the Court on or before December 18, 2015.

**IT IS SO ORDERED.**

Dated: December 4, 2015



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE