# Exhibit Chart for DWS Declaration

| Exhibit # | Name of Exhibit |
|---|---|
| 1 | Misc Witness Testimony from RM Trial |
| 2 | Younge Trial Testimony |
| 3 | Chandler Trial Testimony |
| 4 | *Brady* Disclosure Order |
| 5 | McIntosh Trial Testimony |
| 6 | Stout Trial Testimony |
| 7 | Wood Trial Testimony |
| 8 | State closing |
| 9 | State rebuttal closing |
| 10 | Court of Appeal Affirmance |
| 11 | McIntosh Cooperation Letters |
| 12 | Greene Dec #1 |
| 13 | Greene Dec #2 |
| 14 | Newton Dec |
| 15 | Martorano Dec |
| 16 | Surrell Dec |
| 17 | Jackson Dec |
| 18 | McDaniel Dec (original) |
| 19 | DEA Letter re destruction |
| 20 | USMS Smith Declaration (with attachments) |
| 21 | DQ 1981 release letter Page 601 from C019614 |
| 22 | Younge Informant File (Quotes and summary by D Shapiro) |
| 23 | Criminal Complaint Against McIntosh |
| 24 | 1984 FBI Memo Acknowledges RW Witsec |
| 25 | Quartermain Trial Younge Testimony Selections |
| 26 | ATF Report on Weston (Calabrese) |
| 27 | Langan Testimony at RM trial (selections) |
| 28 | 6/24/87 Transcript of Younge interview |
| 29 | RM Preliminary Hearing transcript (selections) |
| 30 | RM Transcript pages showing dates of trial and names of witnesses |
| 31 | ATF Document Production |
| 32 | 1997 USDC Order Dismissing Petition without prejudice |
| 33 | DEA Reports re Rutherford Strong Arm Work for Raiton |
| 34 | BLANK |
| 35 | G Martorano Wikipedia bio |
| 36 | Murray Interrogatory Answers |
| 37 | Singleton Interrogatories and Answers |
| 38 | Dirickson Interrogatory Answers |

| 39 | Chandler Testimony of 9/28/98 in *People v. Quartermain* (selection) |
|---|---|
| 40 | Chandler Changing Testimony Outline from Secret Files (VOL II F IV-2) |
| 41 | Chandler Testimony at first Quartermain trial |
| 42 | Chandler interview notes |
| 43 | 1997-10-14 Chandler letter to Ramos |
| 44 | Chandler 88-10-10 TC Interview Tr |
| 45 | SW for Phone Records |
| 46 | Chandler Testimony from M Anthony Trial (complete) |
| 47 | 1997-10-10 Ramos Memo of Interview of Chandler |
| 48 | 1978-11-16 ATF Report to USAO re Quatermain |
| 49 | 1978 Quatermain Fingerprint Card |
| 50 | 1978-09-20 USMS Report of Interview that Weston's name was changed to Drax Quatermain as part of his participation in Witness Security Program |
| 51 | 1978 ATF Report that Quatermain was DEA informant |
| 52 | Singleton Testimony re 1986 FBI Contact |
| 53 | 1986 FBI Ballistics Request for San Mateo Co Sheriff |
| 54 | State Subpoena to US BOP for RM Records |
| 55 | FBI Reports on RM Escape |
| 56 | Marshal Identification of Greene |
| 57 | AUSA Zanides Letter to DA |
| 58 | 1986-11-11 FBI Re Hamilton report |
| 59 | 1986-11-16 FBI Re Greene/Hamilton |
| 60 | 1986-11-24 FBI report re Hamilton interview; Newton response |
| 61 | 1986-11-24 Hamilton Declination |
| 62 | 1987-08-05 FBI report on Cooperation with State |
| 63 | Singleton Testimony on Tallman Call |
| 64 | Singleton Testimony on Canoga Call |
| 65 | Phone Co Testimony re Canoga Call |
| 66 | ADA Phone Co Testimony re Canoga Call |
| 67 | Singleton Hundreds of Interviews |
| 68 | FBI Reports on McIntosh Fraud case |
| 69 | McIntosh Psych Reports in Escape Case |
| 70 | Police Notes of Contacts with Feds |
| 71 | McIntosh BOP File |
| 72 | ADA Discussions with FBI |
| 73 | State and Fed cooperation re witness |
| 74 | Police Notes on FBI Calls |
| 75 | 1956-12-05 Bro Augustine Letter |
| 76 | 1956-12-06 Piro Letter |

| 77 | 1956-12-06 Quartermain Admitted to Kings County Hospital |
|---|---|
| 78 | 1957-01-16 Central Islip Commitment |
| 79 | 1957-03 Psych Report of Quartermain |
| 80 | 1958-11-14 Diagnosis of Quartermain |
| 81 | 1959-10-19 Diagnosis Change to Psychosis |
| 82 | 1959-11-30 Diagnosis of Quartermain |
| 83 | 1961 Quartermain Escape from Central Islip |
| 84 | 1961-01-03 Quartermain Rapes Mother |
| 85 | Quartermain Psychopath Diagnosis – released as unimproved |
| 86 | 1963-09-17 Quartermain Florida larceny conviction |
| 87 | 1964-12-01 Fla Loss of Good Time |
| 88 | 1965-04-19 Quartermain Declared Incompetent by FLA |
| 89 | Order Authorizing Toney to Obtain Psych Records of Quartermain |
| 90 | 1979 Quartermain Criminal History Report |
| 91 | 1986 Graterford Conditions Are Assailed |
| 92 | Chart of Dead Condemned Inmates |
| 93 | Judge Warning to Younge |
| 94 | Younge CLETS Printout |
| 95 | Calabrese Article *Philadelphia Inquirer* |
| 96 | Reicherter testimony at Death Phase |
| 97 | Reicherter Interview re Quartermain |
| 98 | Bruno-Scarfo Family Entry in Wikipedia |
| 99 | USAO Stip re Greene |
| 100 | State Telephone Call Chart (*Quartermain*) |
| 101 | McIntosh Request for Greene Subpoena |
| 102 | DSM-1 (selected pages) |