# EXHIBIT 46

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

PEOPLE OF THE STATE OF CALIFORNIA)
                                 )
                 PLAINTIFF       )
                                 )
                                 )
         VS.                     )          NO. C- 22872
                                 )
                                 )
MICHAEL ANTHONY                  )
                                 )
                 DEFENDANT       )
                                 )
_____)

REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS
BEFORE:  HON. ALLAN J. BOLLHOFFER, JUDGE
THURSDAY, APRIL 12, 1990
DEPARTMENT 7

<u>A P P E A R A N C E S</u>:

FOR PLAINTIFF:                  JAMES P. FOX, D.A.
                                BY:  MARTIN T. MURRAY, D.D.A.
                                401 MARSHALL STREET
                                HALL OF JUSTICE & RECORDS
                                REDWOOD CITY, CA  94063


FOR DEFENDANT:                  ROCKHILL, SCHAIMAN & CARR
                                BY:  GORDON ROCKHILL, ESQ.
                                     JOHN HALLEY, ESQ.
                                399 BRADFORD STREET
                                REDWOOD CITY, CALIFORNIA

STENOGRAPHIC REPORTER:          THERESA O. MOSQUEDA, C.S.R.
                                NO. 2940

MA 03111

# W I T N E S S E S

## THURSDAY, APRIL 12, 1990

P A G E

FOR THE PEOPLE:

CHANDLER, DEBORAH

DIRECT EXAMINATION BY MR. MURRAY                1
CROSS-EXAMINATION BY MR.  ROCKHILL             35

MA 03112

E X H I B T S

THURSDAY, APRIL 12, 1990

| | | ID. | EVD. |
|---|---|---|---|
| FOR THE DEFENDANT: | | | |
| *M | - 7 PHOTOS | | |
| N | - TAPE - 7-13-87 | | 60 |
| O | - TAPE - 7-16-87 | | 60 |
| P | - TAPE - 7-23-87 | | 60 |
| Q | - TAPE - 10-10-88 | | 60 |

*(EXHIBITS EITHER PREMARKED AND/OR NOT IDENTIFIED ON THE RECORD DURING TRIAL.)

P R O C E E D I N G S

THURSDAY, APRIL 12, 1990                    1:39 P.M.

                              (THE FOLLOWING IS A TRANSCRIPT
                              OF THE TESTIMONY OF DEBORAH
                              CHANDLER.)

          THE COURT:  DO YOU HAVE A WITNESS?

          MR. MURRAY:  YES.  DEBORAH CHANDLER.

          THE COURT:  MISS CHANDLER YOU WANT TO STEP
FORWARD.

                    DEBORAH CHANDLER

CALLED AS A WITNESS BY THE PEOPLE, WAS SWORN AND TESTIFIED
AS FOLLOWS:

          THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

          YOU DO SOLEMNLY SWEAR THAT THE TESTIMONY YOU MAY
GIVE IN THE CAUSE NOW PENDING BEFORE THIS COURT SHALL BE
THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO
HELP YOU GOD.

          THE WITNESS:  I DO.

          THE CLERK:  BE SEATED AND STATE AND SPELL YOUR
FULL NAME FOR THE RECORD, PLEASE.

          THE WITNESS:  DEBORAH CHANDLER.  D- E- B- O- R-
A- H,  C- H- A- N- D- L- E- R.

                    DIRECT EXAMINATION

          MR. MURRAY:  Q.  GOOD AFTERNOON MISS CHANDLER.

| | | |
|---|---|---|
| 1 | | DO YOU KNOW A MAN NAMED DRAX QUARTERMAIN? |
| 2 | A. | I DO. |
| 3 | Q. | HOW LONG HAVE YOU KNOWN HIM? |
| 4 | A. | OH, JANUARY OF I THINK IT WAS '84. |
| 5 | Q. | HOW DID YOU MEET HIM? |
| 6 | A. | AT A FEDERAL HALFWAY HOUSE. |
| 7 | Q. | I'D LIKE SHOW YOU A PHOTOGRAPH, EXHIBIT 3-A. |
| 8 | | DO YOU RECOGNIZE THIS MAN? |
| 9 | A. | YES. |
| 10 | Q. | THAT'S DRAX QUARTERMAIN? |
| 11 | A. | YES, IT IS. |
| 12 | Q. | WHAT WERE YOU DOING AT A HALFWAY HOUSE? |
| 13 | A. | FINISHING OUT A SENTENCE FOR FELONY CONVICTION OF |
| 14 | FORGERY. | |
| 15 | Q. | HAVE YOU ANY OTHER FELONY CONVICTIONS BESIDES |
| 16 | THAT ONE? | |
| 17 | A. | NO. |
| 18 | Q. | HOW ABOUT ANY IN THE STATE COURTS? |
| 19 | A. | YES. BUT THEY WERE ALL AT THE SAME TIME. |
| 20 | Q. | HOW MANY SEPARATE FELONY CONVICTIONS HAVE YOU |
| 21 | SUFFERED? | |
| 22 | A. | I'M REALLY NOT SURE NUMBER WISE. THERE WERE FOUR |
| 23 | STATES INVOLVED. ALL FOR FELONIES. | |
| 24 | Q. | YOU WERE CONVICTED OF FORGERY IN? |
| 25 | A. | CALIFORNIA, NEVADA, COLORADO AND OREGON. |
| 26 | Q. | AS WELL AS FEDERAL COURT? |

| | | |
|---|---|---|
| 1 | A. | COLORADO WAS FEDERAL. |
| 2 | Q. | AND YOU WENT TO PRISON IN FEDERAL PRISON? |
| 3 | A. | NO, I DID NOT.  THE ONLY FEDERAL TIME I SERVED |
| 4 | | WAS ABOUT EIGHT TO TEN WEEKS IN THE HALFWAY HOUSE. |
| 5 | Q. | HOW ABOUT STATE TIME? |
| 6 | A. | STATE TIME I DID A TOTAL OF FOUR YEARS. |
| 7 | Q. | FOUR YEARS? |
| 8 | A. | YES. |
| 9 | Q. | IN PRISON? |
| 10 | A. | YES. |
| 11 | Q. | NOW, YOU'VE TESTIFIED IN THIS CASE AT FIVE |
| 12 | | SEPARATE PROCEEDINGS; IS THAT CORRECT? |
| 13 | A. | CORRECT. |
| 14 | Q. | TWO INVOLVING MR. ANTHONY? |
| 15 | A. | YES. |
| 16 | Q. | TWO INVOLVING DRAX QUARTERMAIN? |
| 17 | A. | YES. |
| 18 | Q. | ONE INVOLVING RON MC INTOSH? |
| 19 | A. | YES. |
| 20 | Q. | YOU TESTIFIED UNDER PENALTY OF PERJURY AT EACH OF |
| 21 | | THOSE HEARINGS? |
| 22 | A. | YES. |
| 23 | Q. | DID YOU TELL THE TRUTH? |
| 24 | A. | NOT WHOLLY. |
| 25 | Q. | DID YOU LIE? |
| 26 | A. | YES. |

MA 03116

1   Q.       WHEN DID YOU FIRST TELL ANYONE THAT YOU HAD LIED

2   AT THOSE PREVIOUS HEARINGS?

3   A.       YESTERDAY.

4   Q.       WHO DID YOU TELL?

5   A.       YOURSELF.

6   Q.       WHY DID YOU TELL ME THAT?

7   A.       COULDN'T HOLD IT ANYMORE.

8   Q.       BEFORE YOU TOLD ME WHAT HAPPENED, WERE ANY

9   PROMISES MADE TO YOU?

10  A.       NO.  I MEAN NOT YESTERDAY.

11  Q.       HAVE PROMISES BEEN MADE TO YOU IN THE PAST ABOUT

12  THIS CASE?

13  A.       YES, I WAS OFFERED IMMUNITY IN THE BEGINNING.

14  Q.       AND WHAT WERE THE TERMS OF THE IMMUNITY

15  AGREEMENT?

16  A.       THAT I TOLD THE TRUTH.

17  Q.       PRIOR TO YOU TELLING ME THAT YOU HAD LIED, DID I

18  MAKE ANY PROMISES TO YOU ABOUT CONTINUING THE IMMUNITY

19  AGREEMENT?

20  A.       YES.

21  Q.       WHAT DID I TELL YOU?

22  A.       THAT IT STILL STOOD.

23  Q.       WHAT DID I WANT YOU TO DO?

24  A.       JUST TELL THE TRUTH.

25  Q.       DID I TELL YOU THAT I DIDN'T BELIEVE YOU?

26  A.       YES.

1  Q.      OH.

2          YOU TOLD MR. MURRAY OR YOU HAVE TESTIFIED

3  PREVIOUSLY, HAVE YOU NOT, THAT DRAX QUARTERMAIN TOLD YOU

4  THAT TWO RICH GUYS HIRED HIM TO KILL THIS PERSON; ISN'T

5  THAT RIGHT?

6  A.      THAT'S A FACT.

7  Q.      AND YOU KNOW DAVID YOUNGE, DON'T YOU?

8  A.      I HAD ONLY -- I'VE ONLY HEARD OF DAVID YOUNGE'S

9  NAME.  I NEVER MET THE GENTLEMAN UNTIL DRAX QUARTERMAIN'S

10 TRIAL.

11 Q.      ALL RIGHT.

12         BUT YOU HAD HEARD OF HIM, HAVEN'T YOU?

13 A.      YES, I HAD.

14 Q.      AND YOU KNOW THAT HE IS A WEALTHY MAN, DON'T YOU?

15 A.      YES, I DO.  DRAX HAD SAID AS MUCH THAT HE WAS AN

16 ASSOCIATE OF HIS AND HE WAS WELL-TO-DO.

17 Q.      NOW, WHEN YOU START TELLING MR. MURRAY THESE

18 THINGS THAT YOU'VE TOLD US THIS AFTERNOON, MR. MURRAY

19 REMINDED YOU THAT YOUR IMMUNITY WAS IN JEOPARDY; ISN'T THAT

20 SO?

21 A.      I DON'T BELIEVE HE DID.

22 Q.      I BEG YOUR PARDON?

23 A.      NO, HE DID NOT.

24 Q.      DIDN'T DISCUSS IMMUNITY WITH YOU AT ALL?

25 A.      WE DISCUSSED IT, BUT NOT THAT IT WAS IN JEOPARDY.

26 Q.      OH.

MA 03154

1    RECEIVED IN EVIDENCE.)

2    MR. ROCKHILL:   Q.   WHILE WE ARE WAITING FOR THAT,

3    LET ME ASK YOU TWO ADDITIONAL QUESTIONS.

4    YOU WERE AWARE, WERE YOU NOT, THAT WHEN THE

5    POLICE WERE QUESTIONING YOU, DOWN IN ARIZONA, THAT THERE

6    WERE CERTAIN THINGS THEY WANTED TO HEAR?

7    A.    EXCUSE ME?

8    Q.    I SAID YOU WERE AWARE THAT THERE WERE CERTAIN

9    THINGS THAT THE POLICE WANTED TO HEAR; ISN'T THAT SO?

10    A.    I'M SURE THERE WAS, YES.

11    Q.    WELL, YOU WERE AWARE OF THAT AT THE TIME YOU WERE

12    TALKING TO THEM; ISN'T THAT SO?

13    A.    I KNEW THEY WANTED TO HEAR WHAT HAPPENED.

14    Q.    AND IN FACT, WHEN THE TOPIC OF WHAT KIND OF CAR

15    IT WAS THAT YOU RENTED CAME UP, YOU UNDERSTOOD THAT WHAT

16    THEY WANTED TO HEAR ABOUT WAS A PASSENGER CAR, NOT A

17    STATION WAGON; ISN'T THAT SO?

18    A.    NO, SIR, I DIDN'T KNOW THAT'S WHAT THEY WANTED TO

19    HEAR.  I DON'T RECALL WHAT KIND OF CAR IT WAS.

20    Q.    AND YOU WERE AWARE THAT -- STRIKE THAT.

21    YOU WERE AWARE THAT THEY HAD TAKEN A STATEMENT

22    FROM MR. QUARTERMAIN BEFORE THEY INTERVIEWED YOU; ISN'T

23    THAT SO?

24    A.    THEY DIDN'T SAY AS MUCH, BUT I'M CERTAIN THAT

25    THEY WOULD HAVE.

26    Q.    AND THEY TOLD YOU PORTIONS OF THAT STATEMENT THAT

1    THEY GOT FROM FROM MR. QUARTERMAIN, DIDN'T THEY?

2    A.        I DO NOT BELIEVE THEY DID, NO.

3    Q.        DID YOU HEAR THAT STATEMENT?  DID THEY PLAY IT

4    FOR YOU?

5    A.        NO, I NEVER HEARD OR READ ANY OF DRAX'S

6    STATEMENTS.

7

8                              (FIRST TAPE WAS PLAYED FOR THE

9                              REMAINDER OF THE AFTERNOON.

10                             NOT REPORTED.)

11

12

13                             (PROCEEDINGS ADJOURNED UNTIL

14                             MONDAY, APRIL 16, 1990, 9:30

15                             A.M.)

16

17   //

18   //

19   //

20

21

22

23

24

25

26

MA 03175

STATE OF CALIFORNIA    )
                       )               SS.
COUNTY OF SAN MATEO    )


         I, THERESA O. MOSQUEDA, OFFICIAL REPORTER OF THE
SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE
COUNTY OF SAN MATEO, DO HEREBY CERTIFY:


         THAT THE FOREGOING CONTAINS A TRUE, PARTIAL AND
CORRECT TRANSCRIPT OF THE PROCEEDINGS GIVEN AND HAD IN THE
WITHIN-ENTITLED MATTER THAT WAS REPORTED BY ME AT THE TIME
AND PLACE MENTIONED AND THEREAFTER TRANSCRIBED BY ME.


         DATED:_____April 16_____,1990


         REDWOOD CITY, CALIFORNIA




_____
THERESA O. MOSQUEDA, C.S.R.
NO. 2940