IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH, | No. C09-00750 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ERIC H. HOLDER JR., | |
| Defendant. | |

McIntosh has filed a renewed petition for a writ of habeas corpus, see Motion (dkt. 205), and the Court hereby ORDERS the government to show cause why the petition should not be granted in a brief filed no later than June 10, 2016.

**IT IS SO ORDERED.**

Dated: May 12, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE