United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER JR.,<br><br>    Defendant. | No. C09-00750 CRB<br><br>**ORDER RE REQUEST FOR CLARIFICATION ON 5/12/16 ORDER TO SHOW CAUSE** |

The Court previously issued an Order directing the government to show cause why McIntosh's habeas petition should not be granted. See OSC (dkt. 211). The Court hereby VACATES the hearing dates and briefing schedule noticed by McIntosh. See Habeas Petition Minute Entry (dkt. 205). The Government's Opposition remains due on June 10, 2016. McIntosh may file a reply, if at all, no later than June 17, 2016.

**IT IS SO ORDERED.**

Dated: May 18, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE