IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER JR.,<br><br>    Defendant. | No. C09-00750 CRB<br><br>**ORDER RE ADDITIONAL DISCOVERY REQUEST** |

McIntosh requests an additional Order directing discovery. See Request (dkt. 216). Given that the government has provided a declaration regarding its search for agent notes, turned over the criminal history files in its possession, and declared to the Court that it will "review the Philadelphia undercover file in question for Brady material," see Government Response (dkt. 217), the Court DENIES McIntosh's request.

**IT IS SO ORDERED.**

Dated: June 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE