BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    Doug.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH, | ) NO. CV 09-00750 CRB |
| Petitioner, | ) STATUS REPORT |
| V. | ) |
| ERIC H. HOLDER, JR., ET AL., | ) |
| Respondents. | ) |

    1. By orders dated March 1, 2016, and May 3, 2016, this Court directed the government to "review the Philadelphia undercover file in question for *Brady* material and produce any *Brady* material found to McIntosh." Between June 13 and June 16, 2016, the government reviewed the Philadelphia file. Four paralegals for the Office of General Counsel, two legal interns from the United States Attorney's Office for the Eastern District of Pennsylvania, and an attorney for the FBI reviewed approximately 92 file folders. Those individuals tabbed any document that contained the following names: Ronald J. McIntosh; Ronald Ewing; Ronald Raiton or David Younge; Russell Weston, Drax Quartermain (or Quatemain); Jim Green; Ken Hamilton; Michael Anthony; and Debra Chandler, as well as any reference to Ewing's murder in San Mateo County. Undersigned counsel then reviewed every

tabbed document to determine whether it contained *Brady* or *Giglio* material for McIntosh's trial in San Mateo County. Many documents referred to Ronald Raiton's cooperation in a drug-trafficking conspiracy in 1981 and his testimony against the conspirators in Philadelphia; none referred to benefits that Raiton had received for testifying in McIntosh's trial or the trials of Anthony and Quatemain in San Mateo County. In addition, none of the documents was exculpatory as to McIntosh, Anthony, or Quatemain. Nevertheless, the government will allow counsel for McIntosh to review some documents at FBI offices under the protective order that the Court entered in 2015.

2. On May 26, 2016, the United States produced to McIntosh's counsel criminal history reports produced by the FBI that contained information from the NCIC database.

The United States believes that it has complied with the Court's Orders of March 1, 2016, and May 3, 2016, and, unless ordered by the Court, will take no further action in this matter.

DATED: June 27, 2016                                    Respectfully submitted,

                                                        BRIAN J. STRETCH
                                                        United States Attorney


                                                        /s/
                                                        _____

                                                        J. DOUGLAS WILSON
                                                        Assistant United States Attorney