BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Petitioner
RONALD J. MCINTOSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>                    Petitioner,<br><br>        v.<br><br>ERIC H. HOLDER and ATTORNEY GENERAL OF CALIFORNIA,<br><br>                    Respondents. | Case No. C 09-00750 CRB<br><br>**STATEMENT OF RECENT DECISIONS** |

Pursuant to Civil Local Rule 7-3(d)(2), McIntosh provides the following citations to recently decided cases that concern issues raised in McIntosh's habeas petition:

1.    The State argued that none of the impeachment evidence about Quartermain was *Brady* information because it was not admissible. Besides being wrong under California state law, the assertion has also recently been rejected by the Third Circuit in *Dennis v. Sec'y, Pennsylvania Dep't of Corr.*, No. 13-9003, 2016 WL 4440925, at *34 (3d Cir. Aug. 23, 2016) ("Imposition of an admissibility requirement does not comport with the United States Supreme Court's longstanding recognition that impeachment evidence may be favorable and material, and if so, is unquestionably subject to *Brady* disclosure. The Court stated definitively in *Strickler* that '[o]ur cases make clear that *Brady*'s disclosure requirements extend to materials that, *whatever their other characteristics*, may be used to impeach a witness.'")(citation omitted).

2. The State argued that McIntosh's petition is late, and also that there was no cause or prejudice for its alleged lateness, though it does not dispute that it did not disclose information about Quartermain, Younge, and Chandler was not provided until discovery in this case. In *Frost v. Gilbert*, No. 11-35114, 2016 WL 4501683, at *4 (9th Cir. Aug. 29, 2016), the Ninth Circuit reaffirmed that a petitioner demonstrates cause for failing to raise *Brady* and *Napue* claims earlier when the state suppressed the relevant evidence: "No doubt, he would have presented allegations of *Brady* and *Napue* violations in that petition, had he been aware of the facts supporting those arguments."

Dated: September 13, 2016

BOERSCH SHAPIRO LLP

*/s/ David W. Shapiro*
David W. Shapiro

Attorney for Ronald J. McIntosh

2   STATEMENT OF RECENT DECISIONS
Case No.: C 09-00750 CRB