BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Petitioner
RONALD J. MCINTOSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER and ATTORNEY GENERAL OF CALIFORNIA,<br><br>Respondents. | Case No. C 09-00750 CRB<br><br>**MOTION AND [PROPOSED] ORDER FOR AUTHORIZATION TO USE EVIDENCE PRODUCED IN STATE COURT PROCEEDINGS** |

McIntosh moves for Court authorization to use any evidence produced by the State and/or federal government, including information described in and documents attached to the declarations of David W. Shapiro in support of McIntosh's FRCP 60 MOTION AND RENEWED PETITION FOR A WRIT OF HABEAS CORPUS, Doc. 205, namely Docs. 205, 205-1, 213-2, 225-1, 229-1, and 230-2.

Dated: April 17, 2017

BOERSCH SHAPIRO LLP

*/s/ David W. Shapiro*
David W. Shapiro

Attorney for Ronald J. McIntosh

**[PROPOSED] ORDER**

Upon the application of Ronald J. McIntosh, and good cause appearing, the Court orders that McIntosh may use any documents filed in connection with his FRCP 60 MOTION AND RENEWED PETITION FOR A WRIT OF HABEAS CORPUS, Doc. 205, and associated declarations in support of his anticipated state court petitions or in response to any opposition filed by the State in state court proceedings.

IT IS SO ORDERED.

Dated: April __, 2017

CHARLES R. BREYER
United States District Judge