UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER and ATTORNEY GENERAL OF CALIFORNIA,<br><br>Respondents. | Case No. C 09-00750 CRB<br><br>[PROPOSED] ORDER COMPELLING GOVERNMENT TO PRODUCE DOCUMENTS REGARDING DAVID YOUNGE |

Petitioner Ronald McIntosh moves for an order compelling the government to provide copies of the documents produced for inspection (but not copying) to McIntosh's counsel on July 8, 2016. The government requested summary dismissal of the motion or, in the alternative, three months to respond to the motion. On November 19, 2018, the Court denied the government's request for summary dismissal and granted the government 14 days to show cause why the documents should not be produced. The government failed to show cause within that time period. Accordingly, the Court GRANTS McIntosh's motion and orders the government to furnish copies of the documents produced to McIntosh's defense counsel on July 8, 2016 immediately.

IT IS SO ORDERED.

Dated: December 7, 2018

HONORABLE CHARLES R. BREYER
United States District Judge