THE NORTON LAW FIRM
David W. Shapiro (State Bar No. 219265)
Dshapiro@nortonlaw.com
299 Third Street, Suite 106
Oakland, CA 94607
Telephone: (510) 906-4900

Attorney for Petitioner
RONALD J. MCINTOSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. MCINTOSH,<br><br>                          Petitioner,<br><br>            v.<br><br>ERIC HOLDER,<br><br>                          Respondent. | Case No. C 09-00750 CRB<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE COURT:

Please take notice that effective immediately David W. Shapiro, counsel for Ronald J. McIntosh, has changed their law firm address information.  The new address is:

>David W. Shapiro (State Bar No. 219265)
>Dshapiro@nortonlaw.com
>**THE NORTON LAW FIRM**
>299 Third Street, Suite 106
>Telephone: (510) 906-4900

All further notices and documents regarding this action should be sent to the aforementioned address.

Dated:  April 1, 2019

THE NORTON LAW FIRM

  _/s/ David W. Shapiro_____

DAVID W. SHAPIRO
Attorney for Ronald J. McIntosh